UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-00303 DSF (ADS)                          Date:  April 27, 2021

Title:  *Meagan Claudia Robles v. Commissioner, SSA*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                         None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

Plaintiff, Meagan Claudia Robles ("Plaintiff"), appearing pro se, filed a Civil Rights Complaint under 42 U.S.C. § 1983 ("Section 1983") against named Defendant, Commissioner, SSA [Social Security Administration].  [Docket "Dkt." No. 2].  Plaintiff alleges Defendant improperly denied her application for social security disability benefits and services.  Plaintiff also filed a Request to Proceed In Forma Pauperis with Declaration in Support.  [Dkt. No. 3].

On April 1, 2021, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than April 22, 2021. [Dkt. No. 7]. As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute, obey court orders and/or failure to state a claim upon which relief can be granted**.  Plaintiff must file a written response by no later than **May 11, 2021**. Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the failure to state any claim and other deficiencies noted by the Court in the Order Dismissing Complaint with Leave to Amend; or (c) file a request to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-00303 DSF (ADS)                          Date:  April 27, 2021

Title:  *Meagan Claudia Robles v. Commissioner, SSA*


      Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**


Initials of Clerk <u>kh</u>